Brett Schreiber (CA 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (CA 313117)
mverschueren@singletonschreiber.com
Katie Llamas (CA 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff JANE DOE

# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, an individual , <br><br> Plaintiff, <br><br> v. <br><br> Thakorbhai B. Patel and Hemlataben T. Patel, individuals; Falguni Patel, an individual; BBRS Hotels, Inc.; and Jigneshkumar M. Patel, an individual; inclusive, <br><br> Defendants. | No.  2:26-cv-01886-JAM-JDP <br><br> **ORDER (ECF No. 2)** |

Having considered Plaintiff Jane Doe's motion to proceed under pseudonym and good cause being shown, Plaintiff's motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1

ORDER 2:26-CV-01886-JAM-JDP