Brett Schreiber (CA 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (CA 313117)
mverschueren@singletonschreiber.com
Katie Llamas (CA 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff JANE DOE

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe, an individual ,<br><br>Plaintiff,<br>v.<br><br>Thakorbhai B. Patel and Hemlataben T. Patel, individuals; Falguni Patel, an individual; BBRS Hotels, Inc.; and Jigneshkumar M. Patel, an individual; inclusive,<br><br>Defendants. | No. 2:26-cv-01886-JAM-JDP<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SERVE DEFENDANT FALGUNI PATEL BY 21 DAYS (ECF No. 17)** |

**STIPULATION AND REQUEST FOR ORDER**

Plaintiff JANE DOE ("Plaintiff") and Defendant FALGUNI PATEL ("Defendant"), through their respective counsel of record, submit this stipulation and request for order pursuant to Eastern District of California Local Rules 143 and 144 and Federal Rule of Civil Procedure 4(m), and stipulate as follows:

1. Plaintiff filed the initial Complaint in this action on May 20, 2026.

2. Under Federal Rule of Civil Procedure 4(m), Plaintiff's current deadline to serve all Defendants, including Falguni Patel, is August 18, 2026.
3. As of the date of this stipulation, Plaintiff's process server has made eight (8) separate attempts to personally serve Defendant Falguni Patel, but service has not yet been completed.
4. Plaintiff's attorney service has begun surveillance at Defendant Falguni Patel's residence and workplace in an effort to effectuate personal service.
5. Additional time is reasonably necessary to successfully serve Defendant Falguni Patel.
6. Because the requested extension concerns Plaintiff's time to serve Defendant Falguni Patel, rather than an extension of time to respond to a complaint or discovery under Local Rule 144(a), the parties request Court approval of this stipulation under Local Rules 143 and 144.
7. This is the first stipulation and request to extend Plaintiff's deadline to serve Defendant Falguni Patel.
8. The requested extension is limited to twenty-one (21) days, from August 18, 2026 through and including September 8, 2026, and does not alter any other deadline.
9. The requested extension is sought in good faith and not for purposes of unnecessary delay.

Accordingly, Plaintiff and Defendant Falguni Patel request that the Court enter the proposed order below **EXTENDING** Plaintiff's deadline to **SERVE Defendant Falguni Patel** through and including **September 08, 2026**.



SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

SINGLETON SCHREIBER

Dated: August 21, 2026

/s/ Meagan Verschueren

Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff

Dated: August 18, 2026

BATES WINTER TALMACHOFF & VANDERSLUYS LLP

/s/ Mary K. Talmachoff

Mary K. Talmachoff, Esq.
Joel C. Knaack, Esq.
Mike Quinn, Esq.
925 Highland Pointe Drive, STE 380
Roseville, CA 95678
Tel: (916) 789-7080

Attorneys for Defendant Falguni Patel

**ORDER**

**IT IS SO ORDERED.**

Dated: August 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE