Brett Schreiber (CA 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (CA 313117)
mverschueren@singletonschreiber.com
Katie Llamas (CA 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff JANE DOE

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe, an individual ,<br><br>Plaintiff,<br>v.<br><br>Thakorbhai B. Patel and Hemlataben T. Patel, individuals; Falguni Patel, an individual; BBRS Hotels, Inc.; and Jigneshkumar M. Patel, an individual; inclusive,<br><br>Defendants. | No. 2:26-cv-01886-JAM-JDP<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE TO SERVE DEFENDANT FALGUNI PATEL BY 21 DAYS** |

**STIPULATION AND REQUEST FOR ORDER**

Plaintiff JANE DOE ("Plaintiff") and Defendant FALGUNI PATEL ("Defendant"), through their respective counsel of record, submit this stipulation and request for order pursuant to Eastern District of California Local Rules 143 and 144 and Federal Rule of Civil Procedure 4(m), and stipulate as follows:

1. Plaintiff filed the initial Complaint in this action on May 20, 2026.
2. Under Federal Rule of Civil Procedure 4(m), Plaintiff's current deadline to serve all Defendants,

including Falguni Patel, is August 18, 2026.

3. As of the date of this stipulation, Plaintiff's process server has made eight (8) previous separate attempts and four additional attempts to personally serve Defendant Falguni Patel, but service has not yet been completed.

4. Plaintiff's attorney service has begun surveillance at Defendant Falguni Patel's residence and workplace in an effort to effectuate personal service.

5. On Friday, September 4, 2026, Plaintiff's counsel followed up with counsel for Defendant Falguni Patel regarding whether defense counsel had obtained authority from Defendant to accept service on her behalf. Defense counsel Mary K. Talmachoff advised Plaintiff's counsel that Defendant had authorized defense counsel to accept service.

6. Upon receiving confirmation of such authority, Plaintiff's counsel immediately provided defense counsel with a Waiver of the Service of Summons for Defendant Falguni Patel to sign, date, and return so that it could be filed with the Court. Plaintiff's counsel did not receive the executed waiver.

7. On Tuesday, September 8, 2026, Plaintiff's counsel again followed up with defense counsel regarding the outstanding Waiver of the Service of Summons but received no response concerning the status of the waiver.

8. Plaintiff's counsel thereafter contacted defense counsel by telephone and spoke with Joel C. Knaack. Mr. Knaack advised that defense counsel had obtained information indicating that a corporation, rather than Defendant Falguni Patel individually, may have owned the Nice Inn Motel located at 545 Colusa Avenue, Yuba City, California 95991 during the relevant time period. Defense counsel further advised that they are in the process of obtaining and providing Plaintiff's counsel with documentation concerning the ownership of the property.

9. This information presents a new issue concerning the proper party or entity associated with the ownership and operation of the Nice Inn Motel that Plaintiff must evaluate before proceeding further with service upon Defendant Falguni Patel. Accordingly, additional time is reasonably



SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

necessary to allow defense counsel to provide the referenced documentation and to permit Plaintiff's counsel to review that information and determine the appropriate course of action.

10. Because the requested extension concerns Plaintiff's time to serve Defendant Falguni Patel, rather than an extension of time to respond to a complaint or discovery under Local Rule 144(a), the parties request Court approval of this stipulation under Local Rules 143 and 144.

11. This is the second stipulation and request to extend Plaintiff's deadline to serve Defendant Falguni Patel.

12. The parties therefore respectfully request that Plaintiff's deadline to serve Defendant Falguni Patel be extended through and including September 30, 2026. The requested extension does not alter any other deadline in this action.

13. The requested extension is sought in good faith to permit the parties to investigate and address newly obtained information concerning the ownership of the Nice Inn Motel and is not sought for purposes of unnecessary delay.

Accordingly, Plaintiff and Defendant Falguni Patel respectfully request that the Court enter the proposed order below extending Plaintiff's deadline to serve Defendant Falguni Patel through and including **September 30, 2026**.

SINGLETON SCHREIBER

Dated: September 11, 2026

/s/ Meagan Verschueren
Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff

Dated: September 11, 2026

BATES WINTER TALMACHOFF & VANDERSLUYS LLP

/s/ Mary K. Talmachoff
Mary K. Talmachoff, Esq.
Joel C. Knaack, Esq.
Mike Quinn, Esq.
925 Highland Pointe Drive, STE 380
Roseville, CA 95678
Tel: (916) 789-7080

Attorneys for Defendant Falguni Patel

**ORDER**

**IT IS SO ORDERED.**

Dated: September 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE