**MARY K. TALMACHOFF, STATE BAR NO. 258797**
**BATES WINTER TALMACHOFF & VANDERSLUYS LLP**
925 Highland Pointe Drive, Suite 380
Roseville, CA 95678
Telephone: (916) 789-7080
Facsimile: (916) 789-7090
Email: mktservice@bateswinterlaw.com

Attorneys for Defendant
FALGUNI PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THAKORBHAI B. PATEL AND HEMLATABEN T. PATEL, INDIVIDUALS; FALGUNI PATEL, AN INDIVIDUAL; BBRS HOTELS, INC.; AND JIGNESHKUMAR M. PATEL, AN INDIVIDUAL; INCLUSIVE,<br><br>Defendants. | Case No. 2:26-CV-01886-JAM-JDP<br><br>*[Case Assigned for All Purposes to The Honorable Senior District Judge John A. Mendez]*<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed: May 20, 2026<br>Trial Date: TBA |

Plaintiff JANE DOE, and Defendant FALGUNI PATEL, by and through their attorneys, hereby stipulate, subject to approval of the Court, to extend the deadline for filing a responsive pleading to Plaintiff's Complaint from October 20, 2026, to October 30, 2026, in light of the following:

On October 12, 2026, Counsel for Defendant FALGUNI PATEL sent a meet and confer letter to counsel for Plaintiff requesting dismissal of Falguni Patel and that the corporate entity, Jaimataji Inc. be added as the proper party in Falguni Patel's

place. On October 19, 2026, Plaintiff's counsel agreed to the dismissal and circulated a Voluntary Dismissal of Falguni Patel to all parties. As of October 20, 2026, the deadline for Falguni Patel to file a responsive pleading, counsel for Defendants Thakorbhai B. Patel and Hemlataben T. Patel, has not consented to the dismissal of Falguni Patel. Accordingly, the parties require additional time to meet and confer regarding the dismissal of Falguni Patel and amendment to add Jaimataji, Inc. as the proper defendant in this lawsuit.

The parties have met and conferred and agree that Defendant Falguni Patel's deadline to answer or otherwise respond to the Complaint shall be extended, up to and including October 30, 2026.

This is the parties' first stipulated request to extend this deadline, and it will not alter the date of any other event or deadline already fixed by Court order. Good cause exists for this extension in that it will allow the parties sufficient time to meet and confer regarding amendments to the Complaint to name Jaimataji, Inc. in lieu of Falguni Patel, as the proper party. The extension will not prejudice any party and will promote the efficient resolution of this action. The parties appreciate the Court's patience in this matter.

///

///

///

///

///

///

///

Respectfully submitted,

SINGLETON SCHREIBER

Dated: October 21, 2026

/s/ Meagan Verschueren
Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473
Attorneys for Plaintiff

Dated: October 21, 2026

BATES WINTER TALMACHOFF
& VANDERSLUYS LLP
/s/ Mary K. Talmachoff
Mary K. Talmachoff, Esq.
925 Highland Pointe Dr., STE 380
Roseville, CA 95678
Tel: (916) 789-7080

Attorneys for Defendant
Falguni Patel

**ORDER**

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED that the responsive pleading deadline for Defendant **Falguni Patel** is **EXTENDED** to **October 30, 2026.**

Dated: October 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE