**MARY K. TALMACHOFF, STATE BAR NO. 258797**
**BATES WINTER TALMACHOFF & VANDERSLUYS LLP**
925 Highland Pointe Drive, Suite 380
Roseville, CA 95678
Telephone: (916) 789-7080
Facsimile: (916) 789-7090
Email: mktservice@bateswinterlaw.com

Attorneys for Defendant
FALGUNI PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THAKORBHAI B. PATEL AND HEMLATABEN T. PATEL, INDIVIDUALS; FALGUNI PATEL, AN INDIVIDUAL; BBRS HOTELS, INC.; AND JIGNESHKUMAR M. PATEL, AN INDIVIDUAL; INCLUSIVE,<br><br>Defendants. | Case No. 2:26-CV-01886-JAM-JDP<br><br>*[Case Assigned for All Purposes to The Honorable Senior District Judge John A. Mendez]*<br><br>**FOURTH STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed: May 20, 2026<br>Trial Date: TBA |

Plaintiff JANE DOE, and Defendant FALGUNI PATEL, by and through their attorneys, hereby stipulate, subject to approval of the Court, to extend the deadline for filing a responsive pleading to Plaintiff's Complaint from October 20, 2026, to November 30, 2026, in light of the following:

On October 20, 2026, Plaintiff and Defendant FALGUNI PATEL filed a Stipulation and Proposed Order to Extend the Deadline to File a Responsive Pleading, which extended Falguni Patel's deadline to respond to the Complaint from October 20, 2026, to

October 30, 2026. The Court approved that stipulation.

As set forth in the prior stipulation, on October 19, 2026, Plaintiff agreed to dismiss Falguni Patel without prejudice and amend the Complaint to name the corporate entity, Jaimataji Inc., as the proper party in Falguni Patel's place. A Voluntary Dismissal of Falguni Patel was circulated to all parties. However, as of October 29, 2026, the day before the deadline for Falguni Patel to file a responsive pleading, counsel for Defendants Thakorbhai B. Patel and Hemlataben T. Patel, has not consented to the dismissal of Falguni Patel.

On October 29, 2026, Plaintiff's counsel advised that Plaintiff intended to seek leave of Court to file a First Amended Complaint naming Jaimataji, Inc. in place of Falguni Patel. Plaintiff and Falguni Patel have stipulated to a further extension for Falguni Patel to file a responsive pleading pending the Court's ruling on that motion.

This is the parties' second stipulated request to extend this deadline, and it will not alter the date of any other event or deadline already fixed by Court order. Good cause exists for this extension in that absent the extension, Falguni Patel would be required to file a motion to dismiss directed at a pleading that Plaintiff has already agreed to amend, and the Court would be required to adjudicate that motion. The requested extension will avoid unnecessary motion practice, conserve the resources of the parties and the Court, and promise the efficient resolution of this action.

///

///

This request is made in good faith and not for purposes of delay. The extension will not prejudice any party. The parties appreciate the Court's patience in this matter.

Respectfully submitted,

SINGLETON SCHREIBER

Dated: November 3, 2026

/s/ Alexia Palacios-Peters
Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473
Attorneys for Plaintiff

Dated: November 3, 2026

BATES WINTER TALMACHOFF & VANDERSLUYS LLP
/s/ Mary K. Talmachoff
Mary K. Talmachoff, Esq.
925 Highland Pointe Dr., STE 380
Roseville, CA 95678
Tel: (916) 789-7080

Attorneys for Defendant Falguni Patel

**ORDER**

Based on the fourth stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the responsive pleading deadline for Defendant **Falguni Patel** is **EXTENDED** to **November 30, 2026.**

Dated: November 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE