Brett Schreiber (CA 239707)
bschreiber@singletonschreiber.com
Meagan Dove (CA 313117)
mdove@singletonschreiber.com
Katie Llamas (CA 303983)
kllamas@singletonschreiber.com
Alexia Palacios-Peters (CA 263576)
apeters@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff JANE DOE

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe, an individual ,<br><br>Plaintiff,<br>v.<br><br>Thakorbhai B. Patel and Hemlataben T. Patel, individuals; Falguni Patel, an individual; BBRS Hotels, Inc.; and Jigneshkumar M. Patel, an individual; inclusive,<br><br>Defendants. | No. 2:26-cv-01886-JAM-JDP<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

Plaintiff JANE DOE (“Plaintiff”), Defendants Thakorbhai B. Patel, Hemlataben T. Patel, and Falguni Patel (collectively the “Parties”), by and through and their respective counsel of record hereby stipulate as follows:

WHEREAS, on May 20, 2026, Plaintiff filed this Complaint in UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, Case No.

2:26-cv-01886-JAM-JDP.

WHEREAS, on November 5, 2026, the Defendants stipulated to allow Plaintiff to file a First Amended Complaint which adds JAIMATAJI, INC. as a Defendant.

WHEREAS, the Parties request that this Court grant and enter the Stipulation and allow Plaintiff to file its First Amended Complaint.

WHEREAS, the Parties have met and conferred, and Defendants do not oppose the filing of Plaintiff's proposed First Amended Complaint.

WHEREAS, a clean copy of Plaintiff's proposed First Amended Complaint for Damages is attached hereto as Exhibit A.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file a First Amended Complaint which adds JAIMATAJI, INC. as a Defendant.

**SINGLETON SCHREIBER, LLP**

Dated: November 19, 2026 By: */s/Meagan Dove*__________
Brett Schreiber (SBN 239707)
Meagan Dove (SBN 313117)
Katie Llamas (SBN 303983)
Attorneys for Plaintiff Jane Doe

**MG+M The Law Firm**

Dated: November 19, 2026 By: /s/ Jennifer Cormier_______
Jennifer Cormier, Esq.
Anthony S. Miller, Esq.
Attorney for Defendants Thakorbhai B. Patel and Hemlataben T. Patel

**Bates Winter Talmachoff & Vandersluys LLP**

Dated: November 19, 2026 By: /s/ Mary K. Talmachoff
Mary K. Talmachoff, Esq.
Attorney for Defendant Falguni Patel

**ATTESTATION PURSUANT TO L.R. 131(e)**

The filer, pursuant to L.R. 131(e), hereby states that all counsel signing hereon have authorized the submission of this document on that counsel's behalf on this date.

**SINGLETON SCHREIBER**

Dated: November 19, 2026 */s/ Meagan Dove*
Meagan Dove, Esq.
mdove@singletonschreiber.com



SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

# ORDER

The parties having stipulated, and good cause appearing therefor, the Court hereby orders as follows:

1. The stipulation is **APPROVED**.

2. Plaintiff shall refile and serve the first amended complaint attached as Exhibit A to the Stipulation (ECF No. 27), within **five (5) days** of this Order.

3. Defendants shall file their responsive pleadings within **twenty (20) days** of the refiling of Plaintiff's first amended complaint.

**IT IS SO ORDERED**.

Dated: November 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE



SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473